```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 02372
    GAIL PORTIS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7430

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/26/2005 and was confirmed 03/07/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  74.57% from remaining funds.

    The case was paid in full 01/23/2008.
------------------------------------------------------------------------
                                                   INTEREST     PRINCIPAL
CREDITOR NAME               CLASS     CLAIM AMOUNT   PAID         PAID
------------------------------------------------------------------------
SEVENTH AVENUE              UNSECURED    NOT FILED        .00          .00
WORLD FINANCIAL NETWORK     UNSECURED       678.17        .00       505.70
LVNV FUNDING LLC            UNSECURED      1840.28        .00      1372.28
BLAIR CORPORATION           UNSECURED       164.90        .00       122.96
CARD PROCESSING CENTER      UNSECURED    NOT FILED        .00          .00
ECAST SETTLEMENT CORP       UNSECURED       883.88        .00       659.10
SHERMAN ACQUISITION         UNSECURED      3799.58        .00      2833.31
CITICORP CREDIT SERVICES    UNSECURED    NOT FILED        .00          .00
ECAST SETTLEMENT CORP       UNSECURED      8149.51        .00      6077.01
CIRCUIT CITY STORES INC     UNSECURED    NOT FILED        .00          .00
SMC                         UNSECURED       855.30        .00       637.79
JC PENNEY                   UNSECURED    NOT FILED        .00          .00
ECAST SETTLEMENT CORP       UNSECURED      9531.83        .00      7107.78
NSA CUSTOMER SERVICE        UNSECURED    NOT FILED        .00          .00
SHERMAN ACQUISITION         UNSECURED      5348.57        .00      3988.38
UNITED MILEAGE PLUS VISA    UNSECURED    NOT FILED        .00          .00
NICOLE LAWSON               DEBTOR ATTY   2,100.00                 2,100.00
TOM VAUGHN                  TRUSTEE                                1,595.69
DEBTOR REFUND               REFUND                                21,311.15

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              48,311.15

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       23,304.31
ADMINISTRATIVE                                   2,100.00
TRUSTEE COMPENSATION                             1,595.69
DEBTOR REFUND                                   21,311.15

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 02372 GAIL PORTIS
```

```
                              ---------------      ---------------
TOTALS                            48,311.15            48,311.15
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 04/24/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE